UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CARDEW, HARRELL BONNER, PHILIP NELSON, MELVIN JOHNSON, and KHALIK JONES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION; DANIEL F. MARTUSCELLO III, in his official capacity as Commissioner of New York Department of Corrections and Community Supervision; TIMOTHY CARROLL, in his official capacity as Acting Superintendent of Five Points Correctional Facility,<br><br>Defendants. | No. 6:21-cv-06557-MAV-MJP<br><br>**NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE*** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs will and hereby do move this Court for an order granting *pro hac vice* admission for Erin C. Gallagher to represent Plaintiffs in the above-captioned matter pursuant to Western District of New York Local Rule of Civil Procedure 83.1.

This motion is based on this Notice; the accompanying Admission Petition Form, Admission Sponsor Affidavit, Attorney's Oath, Civility Principles and Guidelines Oath, and Attorney Database and Electronic Case Filing Registration Form.

Dated: July 13, 2026
Ithaca, New York

PRISONERS' LEGAL SERVICES
OF NEW YORK

Hallie E. Mitnick

__________________________

Megan Welch
Hallie Mitnick
114 Prospect Street
Ithaca, NY 14850
(607) 273-2283
mwelch@plsny.org
hmitnick@plsny.org

Andrew Stecker
14 Lafayette Square, Suite 510
Buffalo, NY 14203
astecker@plsny.org

DISABILITY RIGHTS ADVOCATES

Brittany Castle
(admitted *pro hac vice*)
455 Market St., Ste 1940
PMB 509115
San Francisco, CA 94105-2448
Tel: (510) 665-8644
bcastle@dralegal.org

Eliana Fisher
(admitted *pro hac vice*)
6228 Park Ave S
PMB 509115
New York, NY 10003-1502
Tel: (212) 644-8644
efisher@dralegal.org

*Attorneys for Plaintiffs*